[No. 64932-9-I. Division One. June 1, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON CHARLES WELLS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-03182-2, James R. Orlando, J., entered January 9, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Schindler, JJ.

[No. 64945-1-I. Division One. June 1, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY ROYCE DRAGGOO, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00452-4, James W. Lawler, J., entered March 25, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ.

[Nos. 37888-4-II; 37895-7-II; Division Two. June 2, 2010.]
37898-1-II; 37905-8-II.

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ANDREW MARCHESELLI, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 07-1-03255-1, Ronald E. Culpepper, J., entered May 16, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Armstrong, J.

[No. 38320-9-II. Division Two. June 2, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. IRVIN DALE CARTER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-04771-2, Thomas Felnagle, J., entered September 12, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, C.J., and Penoyar, J.